UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**COESTER R. CHAMBERS**  CIVIL ACTION

**VERSUS**  NO: 11-1324-HGB-SS

**MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION**

## ORDER

The Court, having considered the motion, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the parties to file an objection to the Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

IT IS ORDERED that the plaintiff, Coester R. Chambers, is awarded attorneys' fees of $3,837.50 from the defendant, Michael J. Astrue, Commissioner of Social Security.

New Orleans, Louisiana, this 14 day of May, 2012.

UNITED STATES DISTRICT JUDGE